**RICKERT RICE MILLING CO., Inc., v. FONTENOT.**

No. 7937.

Circuit Court of Appeals, Fifth Circuit.

Nov. 5, 1935.

John P. Bullington, of Houston, Tex., for appellant.

Rene A. Viosca, U. S. Atty., of New Orleans, La., for appellee.

Before FOSTER and SIBLEY, Circuit Judges, and STRUM, District Judge.

PER CURIAM.

On consideration of the application for an injunction to stay collection of taxes levied under the provisions of the Agricultural Adjustment Act, as amended by the Act of August 24, 1935 (7 USCA § 601 et seq.), the court is of the opinion that the taxpayer has a remedy at law to recover back any taxes illegally exacted, and, further, that the provisions of the act as amended deprive the court of jurisdiction to grant injunctive relief.

It is ordered that the application be denied.